UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**Cinnetha Crite**,

    Plaintiff,

v.                                                                                              **No. #:** 1:23-cv-1237

**John Doe**,

    Defendant.

## NOTICE OF REMOVAL

Comes now the unnamed defendant, Trustgard Insurance Company ("Trustgard"), incorrectly identified by Plaintiff in the Summons and Complaint as "Grange Insurance Company," by and through counsel, and hereby gives notice of removal of the above-captioned cause from the Circuit Court of Madison County, Tennessee, to the United States District Court for the Western District of Tennessee, Eastern Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446(b). As grounds for removal, Trustgard states as follows:

**Background**

1. On September 12, 2023, Plaintiff Cinnetha Crite filed a civil action against "John Doe" in the Circuit Court of Madison County, Tennessee, bearing Case No. C–23–248. (*See* Pl.'s Compl.).

2. In the Complaint, Plaintiff asserts negligence claims against John Doe for injuries she allegedly sustained as a result of an automobile accident that

22001-91784 (RER)

allegedly occurred on or about November 21, 2019 on Windy City Road in Jackson, Madison County, Tennessee 38305. (*See* Pl.'s Compl., ¶¶4–9).

3. Trustgard received service copies of the Summons and Complaint on October 6, 2023, via certified mail from the Tennessee Department of Commerce and Insurance. While not named as a defendant in this matter, Trustgard was served as Plaintiff's uninsured motorist carrier. (*See* Pl.'s Compl., ¶10).

4. Trustgard seeks removal of this action to this Court pursuant to 28 U.S.C. § 1332, based upon grounds that the controversy is wholly between citizens of different states and involves an amount in controversy which exceeds $75,000.00, exclusive of the interest and costs.

5. Plaintiff commenced this action in the Circuit Court of Madison County, Tennessee, which is within the territorial jurisdiction of the United States District Court for the Western District of Tennessee, Eastern Division. *See* 28 U.S.C. 123(c)(1). Accordingly, removal to this Court is proper. *See* 28 U.S.C. § 1441(a).

**Diversity of Citizenship**

6. Plaintiff is a resident and citizen of Tennessee. (Pl.'s Compl., ¶1) ("Plaintiff Cinnetha Crite is an adult resident citizen of Madison County, Tennessee.").

7. "John Doe" is the only Defendant named by Plaintiff in this action. As alleged in the Complaint, "Defendant John Doe is an individual whose identity and address are unknown to Plaintiff." (Pl.'s Compl., ¶2). However, for purposes of determining diversity jurisdiction, "the citizenship of defendants sued under

22001-91784 (RER)

fictitious names shall be disregarded." 28 U.S.C. § 1441(b)(1); *see also Alexander v. Electronic Data Sys. Corp.*, 13 F.3d 940, 948 (6th Cir. 1994) ("It is clear that 'Jane Doe' is a fictitious name; ... Section 1441(a) compels that this 'named' defendant be disregarded for purposes of diversity jurisdiction.").

8. Trustgard is an Ohio corporation with its principal place of business in Columbus, Ohio. Therefore, for purposes of diversity jurisdiction, Trustgard is a citizen of Ohio.

## Amount in Controversy

9. The amount in controversy exceeds $75,000.00, exclusive of interest and costs. Specifically, Plaintiff's Complaint demands a judgment in an amount "not to exceed the sum of ONE HUNDRED THOUSAND DOLLARS ($100,000.00." (Pl.'s Compl., p. 4, ¶11).

## Procedural Compliance

10. Trustgard filed this Notice of Removal within the time prescribed by 28 U.S.C. § 1446(b).

11. Trustgard has provided a copy of this Notice of Removal to all known adverse parties and to the Clerk of the Circuit Court of Madison County, Tennessee, in accordance with 28 U.S.C. § 1446(d).

12. Copies of the Summons and Complaint served upon Trustgard, being all the papers contained in the state court action, are attached collectively as an Exhibit hereto in accordance with 28 U.S.C. §§ 1446(a) and 1447(b).

13. Trustgard reserves the right to supplement or amend this Notice of

22001-91784 (RER)

Removal as necessary and appropriate.

WHEREFORE, based on the foregoing, Trustgard gives notice that the civil action, bearing Case No. C–23–248, is hereby removed from the Circuit Court of Madison County, Tennessee, to this Court.

Respectfully submitted,

RAINEY, KIZER, REVIERE & BELL, PLC

By:   *s/ Brandon W. Reedy*
   BRANDON W. REEDY (BPR No. 30314)
   209 East Main Street
   P.O. Box 1147
   Jackson, Tennessee 38302-1147
   (731) 423-2414—phone
   (731) 426-8150—fax
   breedy@raineykizer.com

***Attorney for Trustgard Insurance Company***

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 6th day of November, 2023, a copy of the foregoing was served electronically via the Court's electronic case filing system and/or email to the below listed counsel of record:

Spencer R. Barnes | Terri S. Crider
LAW OFFICES OF MORRISON & BARNES
***Attorneys for Plaintiff***
120 S. Liberty Street
Jackson, Tennessee 38301
P: (731) 422-1635 | F: (731) 422-1643
spence@morrisonandbarnes.com
terri@morrisonandbarnes.com

    *s/ Brandon W. Reedy*
