UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

**CINNETHA CRITE**,

    Plaintiff,

v.                                                        **No. 1:23–cv–01237–jay**

**JOHN DOE**,                                         JURY DEMANDED

    Defendant.

---

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

---

COME NOW the parties, by and through the undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and Local Rule 83.13, and inform the Court that the above-captioned cause has been resolved by way of mutual compromise. Therefore, the parties jointly stipulate to dismissal of the above-captioned cause with prejudice. The parties further stipulate that they shall be responsible for their respective costs and no discretionary costs will be applied for or awarded.

Respectfully submitted,

By:    *s/ Terri S. Crider*
      Spencer R. Barnes (BPR No. 24072)
      Terri S. Crider (BPR No. 24187)
      LAW OFFICES OF MORRISON & BARNES
      120 S. Liberty Street
      Jackson, TN 38301
      (731) 422-1635
      spence@morrisonandbarnes.com
      terri@morrisonandbarnes.com

*Attorneys for Plaintiff Cinnetha Crite*

By: *s/ Brandon W. Reedy*
Brandon W. Reedy (BPR No. 30314)
RAINEY, KIZER, REVIERE & BELL, PLC
209 East Main Street
P.O. Box 1147
Jackson, TN 38302-1147
(731) 423-2414
breedy@raineykizer.com

***Attorney for Trustgard Insurance Company***