**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

---

**CINNETHA CRITE**,

      Plaintiff,

v.                                    **No. 1:23–cv–01237–jay**

**JOHN DOE**,                          JURY DEMANDED

      Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice (ECF No. 22) filed on April 18, 2024.  Consistent with the Joint Stipulation, the above-captioned cause is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 18th day of April, 2024.

**s/Jon A. York**
UNITED STATES MAGISTRATE JUDGE