# United States District Court

WESTERN DISTRICT OF TENNESSEE
Eastern Division

CINNETHA CRITE,

    Plaintiff,                                      **JUDGMENT IN A CIVIL CASE**

v.                                                   Case No. 1:23–cv–01237–jay

JOHN DOE,

    Defendant.

    **Jury verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

x     **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that in accordance with the Order of Dismissal With Prejudice entered in the above-styled matter on April 18, 2024, this case is hereby DISMISSED WITH PREJUDICE.

APPROVED:

**s/ Jon A. York**
UNITED STATES MAGISTRATE JUDGE

                                                                           WENDY R. OLIVER
                                                                           CLERK

<u>April 18, 2024</u>                                    BY: <u>s/ Andrew Shulman</u>
DATE                                                  DEPUTY CLERK